IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE THE ASSIGNMENT         )
OF OMAHA CIVIL CASES         )   GENERAL ORDER NO. 2004-04
TO JUDGE KOPF:               )

     In light of Judge Thomas M. Shanahan's retirement to senior status, and given the state of the docket, which shows a large disproportion of cases being assigned to Judge Joseph F. Bataillon and Judge Laurie Smith Camp, Judge Richard G. Kopf will be included in the Omaha civil docket on June 1, 2004, and until further order of the Court.

     IT IS ORDERED that:

(1) Starting June 1, 2004, Judge Richard Kopf shall be inserted into the Omaha civil case assignment wheel for approximately 26.3% of cases filed on or after that date in that docket. Starting June 1, 2004, the proportion of participation for the other judges in the Omaha civil wheel shall be approximately 26.3% each for Judges Bataillon and Smith Camp; 10.5% for Judge Strom; and 5.3% each for Judges Thalken and Gossett. In the discretion of the Chief Judge, participation, and the percentage of participation, in the Omaha civil wheel may be changed from time to time without notice.

(2) The Omaha number will remain the case number, and a copy of this order shall be filed in each case assigned to Judge Kopf from the Omaha civil docket.

(3) Assigned cases will be tried by Judge Kopf, and Magistrate Judge David L. Piester will be assigned to each such case for pretrial management and supervision.

(4) Trial will be held in Omaha, Nebraska, unless otherwise ordered by the Court.

(5) Trials will be scheduled for one week every other month commencing in January of 2005. The Omaha civil trial schedule for Judge Kopf for 2005 is as follows:

Starting January 24, 2005, and lasting a total of 5 days;
Starting March 28, 2005 and lasting a total of 5 days;
Starting May 23, 2005 and lasting a total of 5 days;
Starting August 1, 2005 and lasting a total of 5 days;
Starting September 26, 2005 and lasting a total of 5 days;
Starting November 28, 2005 and lasting a total of 5 days.

Dated this 25th day of May, 2004.

BY THE COURT:

s/ Richard G. Kopf
Chief Judge

Dockets.Justia.com