IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN D. KEIM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05 CV273 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| BYRON D. ALBERTS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by August 2, 2005 (ten working days plus 3 mail days), file their Report of Parties' Planning Conference.

DATED: July 14, 2005

/s/ David L. Piester
United States Magistrate Judge