IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN D. KEIM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV273 |
| | ) | |
| v. | ) | |
| | ) | |
| BYRON D. ALBERTS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 26 telephone planning conference that was set for November 23 is rescheduled to November 28, 2005 at 11:00 a.m. Plaintiff's counsel shall initiate the call.

DATED this 20th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge