IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN D. KEIM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV273 |
| | ) | |
| v. | ) | |
| | ) | |
| BYRON D. ALBERTS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of progression, filing 23, is granted, and

1.  Jury trial is continued to 9:00 a.m., July 31, 2006 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska.[1]  Jury selection will be held at commencement of trial.

2.  The pretrial conference will be held July 6, 2006 at 9:00 a.m. before the undersigned magistrate judge in chambers, Lincoln, Nebraska.

3.  The deposition deadline is continued to June 22, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4.  All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 9th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

---

[1] If a visiting judge becomes available to try this case in Omaha instead of Lincoln, counsel will be notified.