IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN D. KEIM, | ) | CASE NO.: 8:05CV273 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BYRON D. ALBERTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

This matter comes before the court on Plaintiff's unopposed motion to continue trial, or in the alternative, set a scheduling conference (Clerk's No. 30).  Currently, trial is set for the week of July 10, 2006.  Plaintiff submits the parties have been unsuccessful in obtaining a date to depose plaintiff's treating physician prior to the July 6, 2006 pre-trial conference.  Plaintiff further submits the parties are negotiating settlement of this matter.  For just cause shown, the court grants Plaintiff's motion to continue.

IT IS ORDERED:

1.     The current trial date set for the week of July 10, 2006 is continued.  The case will be tried during the four-week period beginning August 7, 2006.

2.     The pretrial conference is also continued.  A subsequent order of Magistrate Judge David Piester will reset the date of the pre-trial conference, or in the alternative, schedule a status conference.

Dated this 24th day of May, 2006.

BY THE COURT:


s/  William Jay Riley
United States Circuit Judge
(Sitting by Designation)