```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

BRIAN D. KEIM,                    )
                                  )
            Plaintiff,            )        8:05CV273
                                  )
       v.                         )
                                  )
BYRON D. ALBERTS,                 )        ORDER
                                  )
            Defendant.            )
                                  )
```

Pursuant to the order issued by The Honorable William Jay Riley, filing 31,

IT IS ORDERED:

The pretrial conference is reset for August 2, 2006 at 10:00 a.m. in the chambers of the undersigned, Robert V. Denney Courthouse, Suite 566, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 30th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge