IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN D. KEIM, | ) | CASE NO.: 8:05CV273 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BYRON D. ALBERTS, | ) | |
| Defendant. | ) | |

Having received the parties' joint stipulation for dismissal of this matter, (Filing No. 34), the court finds this case should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that Brian D. Keim's complaint is dismissed with prejudice, and each party shall pay its own attorney fees and costs. This dismissal now resolves the entire case.

Dated this 14th day of August, 2006.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)